# ARNOLD & PORTER
# KAYE SCHOLER

**Angela R. Vicari**
Partner
Tel: (212) 836-8000
Fax: (212) 836-8689
angela.vicari@apks.com

January 24, 2018

**VIA ECF AND FEDEX**

The Honorable Sandra J. Feuerstein
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Oden v. Boston Scientific Corporation, Case No. 2:18-cv-00334-SJF-SIL

Dear Judge Feuerstein:

      Defendant has served on Plaintiff a motion to dismiss the Complaint in the above title action pursuant to Fed. R. Civ. P. 12(b)(6). Defendant served upon Plaintiff: (1) Notice of Motion; (2) Declaration of Angela R. Vicari, with exhibits; and (3) Memorandum of Law in Support of Motion to Dismiss, all dated January 24, 2018.

      Pursuant to Your Honor's rules, the notice of motion does not contain a return date and only a copy of this letter is being filed with the Clerk's office, designated as a letter.

Respectfully,

*/s/ Angela R. Vicari*

Angela R. Vicari

cc:    Debra J. Humphrey
        One Grand Central Place
        60 East 42nd Street, Suite 950
        New York, New York 10165

        *via FedEx*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW  |  Washington, DC  20001-3743  |  www.apks.com

64946478